AO 91 (REV.5/85) Criminal Complaint                    AUSA Steven A. Block 312-886-7647

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

MAGISTRATE JUDGE NOLAN

v.

CRIMINAL COMPLAINT

HERMANGILDO CONTRERAS

CASE NUMBER  07CR 797

07 CR 797

FILED
DEC 0 5 2007
12-5-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about November 13, 2007, at Waukegan, in the Northern District of Illinois, Eastern Division, HERMANGILDO CONTRERAS, defendant herein,

being an alien who previously had been deported and removed from the United States on or about May 28, 2003, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by the defendant for admission into the United States;

in violation of Title 8, United States Code, Sections 1326(a) and (b)(2). I further state that I am a Special Agent with the Bureau of Immigration and Customs Enforcement ("ICE") and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
BRANDON BEWICK
Special Agent, U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

December 6, 2007                                    at  Chicago, Illinois
Date                                                    City and State


NAN R. NOLAN, U.S. Magistrate Judge                     Signature of Judicial Officer
Name & Title of Judicial Officer

STATE OF ILLINOIS )
)
COUNTY OF COOK )

## AFFIDAVIT

I, **Brandon Bewick**, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Deportation Officer with the United States Department of Homeland Security, Border and Transportation Security Directorate, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for more than five (5) years. I am currently assigned to the Chicago, Illinois ICE Office.

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including activities which constitute the illegal re-entry of aliens into the United States after such aliens have been lawfully deported from the United States. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers and by others persons identified in this affidavit, and my review of records maintained by ICE, other components of the Department of Homeland Security (DHS), and other government agencies.

3. This affidavit is made in support of the issuance of a Criminal Complaint and Warrant of Arrest against subject **Hermangildo Contreras**. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging **Contreras** with illegal reentry, I have not included each and every fact known to me concerning

1

this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **Contreras** committed the offense stated in the complaint.

4. On October 17, 2007, Deportation Officer (DO) Esteban Rivas of the Chicago, Illinois ICE Office received a phone call from the Zion Police Department, in Zion IL. The Zion Police Department had encountered **Contreras** during a routine traffic stop. It was discovered that **Contreras** had no legal status in the United States. DO Rivas then placed an administrative detainer for **Contreras** with the Zion Police Department. On November 13, 2007 **Contreras** was received into ICE custody per said detainer from the Waukegan jail where he was being held.

5. **Contreras** is a native and citizen of Belize who was lawfully deported from the United States to Belize on May 28, 2003. The file contains no record of **Contreras** requesting permission to apply for readmission to the United States from the Secretary of Homeland Security or the United States Attorney General after his deportation.

6. A fingerprint analysis of **Contreras** showed that he is the same **Hermangildo Contreras** who was lawfully deported from the United States on May 28, 2003.

FURTHER AFFIANT SAYETH NOT.

Brandon Bewick, Deportation Officer
U.S. Immigration and Customs Enforcement

Subscribed and sworn before me
this 6th day of December, 2007.

HONORABLE NAN R. NOLAN
UNITED STATES MAGISTRATE JUDGE

2