# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 797 - 1 | **DATE** | 12/6/2007 |
| **CASE TITLE** | USA vs. Hermangildo Contreras | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Hermangildo Contreras appears in response to arrest on 12/06/07. Defendant informed of his rights. Enter order appointing Piyush Chandra of the Federal Defender Program/Panel as counsel for defendant (initial appearance only). Government's oral motion for pretrial detention is granted. Order defendant detained pending further order of the court. Detention hearing is set for 12/11/07 at 11:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|