## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                       Case No.: 1:07−cr−00797
                                                       Honorable Nan R. Nolan

Hermangildo Contreras

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 11, 2007:

      MINUTE entry before Judge Nan R. Nolan :Detention hearing as to Hermangildo Contreras held on 12/11/2007. Government seeks detention. Oral motion by Isuf Kola for leave to file his appearance on behalf of defendant is granted. The appearance of Piyush Chandra from the Federal Defender Program/Panel is withdrawn. Defendant waives the detention hearing without prejudice to defendants right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.