UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
J.N JAN X 2 2008
JAN 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HERMANGILDO CONTRERAS | 07 CR 797<br>Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |

**JUDGE SHADUR**

**MAGISTRATE JUDGE NOLAN**

The UNITED STATES ATTORNEY charges:

On or about November 13, 2007, at Zion, in the Northern District of Illinois, Eastern Division,

HERMANGILDO CONTRERAS,

defendant herein, an alien who previously had been deported and removed from the United States on or about May 28, 2003, was present and found in the United States without previously having obtained the express consent from the Secretary of the Department of Homeland Security for reapplication by the defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

_____
UNITED STATES ATTORNEY