## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 797 | **DATE** | 1/14/2008 |
| **CASE TITLE** | USA vs. Contreras | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant waives Indictment. Defendant enters a plea of not guilty to all charges. LR 16.1 is to be completed by 1/21/08. Defense motions are due January 28, 2008. Government's response is due February 4, 2008. A status hearing is set for February 13, 2008 at 1:15 p.m. Defendant's presence is waived for the status hearing. Time is excluded beginning today through February 4, 2008 under 18:3161(h)(1) and the Tibboel case. (XT) A possible change of plea hearing is set for January 22, 2008 at 1:30 p.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | SN |
|---|---|---|

Case 1:07-cr-00797   Document 10   Filed 01/14/2008   Page 1 of 1

07CR797 USA vs. Contreras                                                                                       Page 1 of 1