

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

HERMANGILDO CONTRERAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 CR 797

I, HERMANGILDO CONTRERAS, the above named defendant, who is accused of

being an alien who previously had been deported and removed from the United States on or about May 28, 2003, who was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication for admission into the United States in violation of Title 8, United States Code, Sections 1326(a) and (b)(2),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Jan. 14, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer
US District Judge