# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 797 | **DATE** | 1/22/2008 |
| **CASE TITLE** | USA vs. Hermangildo Contreras | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant enters a blind plea of guilty to the Information. Plea accepted. Judgment of guilty entered. Order presentence investigation report. Sentencing is set for March 26, 2008 at 1:15 p.m.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | SN |
|---|---|---|