# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

_____

**United States of America,**　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　**v.**　　　　　　　　　　　　　)　　　　**07 CR 797**
　　　　　　　　　　　　　　　　　　　)
**Hermangildo Contreras**　　　　　　 )
_____　 )

## MOTION TO CONTINUE SENTENCING

**NOW COMES** the Defendant, by and through his attorney, Isuf Kola of Kola & Associates, Ltd and hereby requests that the sentencing in this matter be continued and in support thereof states the following:

1. That this matter is currently set for sentencing on March 27, 2008 at 2:15 P.M.

2. That the Defendant has received a copy of the Probation Pre-Sentence report in this matter.

3. That based on information contained in that report the Defendant is in need of certain police reports surrounding the Defendant's prior criminal history.

4. That a request for said information has been sent, however a response has not been received as of yet.

5. In addition, the Defendant wishes to call certain family members as witnesses for said sentencing and said witnesses are not available on the above referenced dated.

6. Lastly, counsel spoke to Government Attorney Steven Block and he stated he had no objection. He suggested that he was free the week of April 20th.

7. Counsel for the Defendant is free April 21 in the afternoon and April 22 in the afternoon.

8. The Defendant is in no way trying to the delay this matter and immediately pled guilty upon being charged.

WHEREFORE, defendant respectfully requests that this matter be continued to sometime during the week of April 20th.

                                            Respectfully submitted,
                                            Kola & Associates, LTD

                   By:    /s/ Isuf Kola
                           Isuf Kola

Kola & Associates, Ltd.
800 Roosevelt Rd., Building B Suite 110
Glen Ellyn, IL 60137
Tel. 630-790-6100
Fax. 630-790-6104

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, hereby certify that on March 24, 2008, I electronically filed the foregoing with the clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system which will send notification of such filing to the following:

United States Attorney
Mr. Steven Block
219 S. Dearborn St. 5th Floor
Chicago, IL 60604

                                      Respectfully submitted,
                                      Kola & Associates, LTD

                By:    /s/ Isuf Kola
                          Isuf Kola

Kola & Associates, Ltd.
800 Roosevelt Rd., Building B Suite 110
Glen Ellyn, IL 60137
Tel. 630-790-6100
Fax. 630-790-6104