UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

**United States of America,**               )
                                            )
                                            )
      **v.**                              )    07 CR 797
                                            )
**Hermangildo Contreras**                   )
_____ )

### Notice of Motion

    PLEASE TAKE NOTICE that on March 24, 2008, Defendant filed with the District Court for the Northern District of Illinois a Motion to Continue Sentencing, a copy of which was delivered to your office via CM/ECF.

                                    /s/ Isuf Kola
                                    Isuf Kola

### Certificate of Service

    I, the undersigned attorney, hereby certify that on March 24, 2008, I electronically filed the foregoing with the clerk of the U.S. District Court for the Northern District of Illinois by using the CM/ECF system which will send notification of such filing to the following:

United States Attorney
Mr. Steven Block
219 S. Dearborn St. 5th Floor
Chicago, IL 60604

                                    /s/ Isuf Kola
                                    Isuf Kola

Kola & Associates, LTD
800 Roosevelt Rd. Building B Suite 110
Glen Ellyn, IL 60137
Tel.    630-529-8900
Fax.    630-790-6104